IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL J. VALENZUELA,

    Plaintiff,

v.                                                                 Civ. No. 1:21-746 RB/KRS

MARK BELL, Detention Officer, et al.,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion Requesting the Court to Waive Initial Partial Fee, (Doc. 13), filed December 16, 2021.  Plaintiff is incarcerated, *pro se*, and proceeding *in forma pauperis*.  Plaintiff paid his initial filing fee on October 29, 2021.  (Doc. 9).  Therefore, Plaintiff's Motion is moot.  The Court reminds Plaintiff that he must continue to make monthly payments if and when "the amount in [his] … account exceeds $10" until the $350 fee is paid.  28 U.S.C. § 1915(b)(2).  The Court will not independently monitor his account each month and no special extensions are required going forward.

IT IS THEREFORE ORDERED that Plaintiff's Motion Requesting the Court to Waive Initial Partial Fee, (Doc. 13), is DENIED as moot because the initial partial payment obligation has been satisfied.

IT IS SO ORDERED.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STAGES MAGISTRATE JUDGE