IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL J. VALENZUELA,

    Plaintiff,

v.                                    Civ. No. 1:21-746 RB/KRS

MARK BELL, Detention Officer, et al.,

    Defendants.

## ORDER FOR DETENTION CENTER TO PROVIDE ADDRESS

THIS MATTER is before the Court on the Court's Order to Show Cause, (Doc. 24), and Plaintiff's Motion for Extension, (Doc. 28). Plaintiff is incarcerated, *pro se*, and proceeding *in forma pauperis*. Plaintiff's remaining claims are against Socorro County Detention Center Officer Mark Bell for cruel and unusual punishment under the Eighth Amendment and 42 U.S.C. § 1983. (Doc. 1); *see also* (Doc. 16) (Order dismissing Plaintiff's claims against Defendant Socorro County Detention Center). In the Court's Order to Show Cause, the Court explained that the notice and waiver-of-service forms that were mailed to two addresses available online for Socorro County Detention Center officers were returned as undeliverable. *See* (Docs. 16 and 17). The Court ordered Plaintiff to file a response to the Order to Show Cause providing a valid, current address for serving process on Defendant Bell. (Doc. 24). Plaintiff filed a response, stating that he is unable to obtain an address for Defendant Bell and asking the Court to not dismiss his claims. (Doc. 26). Plaintiff also filed a Motion for an Extension of time to obtain an address for Defendant Bell. (Doc. 28).

"[T]he onus [is] squarely on plaintiffs to track down the whereabouts of defendants to effectuate service—rather than obliging the courts to assist in this endeavor—even when plaintiffs are in prison." *Washington v. Correia*, 546 Fed. Appx. 786, 789 (10th Cir. 2013)

(unpublished).  Nevertheless, the Court will direct the Socorro County Detention Center to provide a current address, or a forwarding address if a current address is not available, for Defendant Bell.  The Court will deny without prejudice Plaintiff's Motion for Extension, with leave to refile if necessary.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension, (Doc. 28), is denied without prejudice.

IT IS FURTHER ORDERED that **by July 1, 2022** Socorro County Detention Center shall file on the Court's docket a response to this Order containing Defendant Bell's current address, or forwarding address if a current address is not available.

IT IS FINALLY ORDERED that the Clerk of the Court is directed to mail a copy of this Order to both addresses available online for the Socorro County Detention Center:

Warden - Socorro County Detention Center
1001 Grefco
Socorro, NM 87801

Warden - Socorro County Detention Center
200 Church St.
Socorro NM 87801.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE