IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL J. VALENZUELA,

    Plaintiff,

v.                                                          Civ. No. 1:21-746 RB/KRS

MARK BELL, Detention Officer, et al.,

    Defendants.

## ORDER FOR SERVICE ON DEFENDANT BELL

THIS MATTER is before the Court on the Socorro County Detention Center's Notice of Address, (Doc. 32), filed June 25, 2022. The Notice of Address was filed pursuant to the Court's Order for Detention Center to Provide Address, (Doc. 30), and provides an address from the County's files for Defendant Mark Bell. This Court has previously found that Plaintiff's claims against Defendant Bell survive initial review and has ordered Defendant Bell to answer the Complaint. (Doc. 15) at 1.

IT IS THEREFORE ORDERED that the Clerk of the Court shall ISSUE Notice and Waiver of Service Forms, along with a copy of this Order and the Complaint, (Doc. 1), to the address provided by Socorro County Detention Center for Defendant Mark Bell in Doc. 32:

Mark Bell
P.O. Box 1587
Socorro, NM 87801

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE